## July 9, 1976

M. P. No. 75-216. STATE *v.* NEW ENGLAND ROOFING AND GUTTER Co., INC. *et al.* Motion of state for an extension of time to file its brief is granted and said brief shall be filed within thirty (30) days. *Sister Arlene Violet,* Office of the Attorney General, for petitioner.